FILED

08/28/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0477

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 22-0477

_____

STATE OF MONTANA,

      Plaintiff and Appellee,

v.

JOHN HILL,

      Defendant and Appellant.

                                                      O R D E R

_____

Pursuant to the Internal Operating Rules of this Court, this cause is classified for submission on briefs to a five-justice panel of this Court.

The Clerk is directed to provide a copy hereof to all counsel of record and to the Honorable Ray J. Dayton, District Judge.

For the Court,

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 28 2024